IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 23-137-CRC |
| | ) | |
| WILLIAM HUNTER | ) | |
|     Defendant | ) | |

**DEFENDANT'S POSITION WITH RESPECT TO SENTENCING**

COMES NOW the Defendant, WILLIAM HUNTER, by and through counsel, Dwight E. Crawley, and respectfully requests that this Court impose a sentence of 228 months. In support of his position, the defendant offers the following:

**I.    The Nature and Circumstances of the Offense**

The Defendant incorporates by reference the facts and circumstances proffered by the United States on September 4, 2024, concerning the defendant's role in this matter.

**II.    History and Characteristics of the Defendant**

The defendant comes from a single-parent home. His father was not active in his life and his mother could not raise him alone. As such, the defendant spent most of his youth with his grandmother and aunt. They describe him as a loving and kind person. However, it is clear from his background, his poor decision making began at an early age.

**III.    The Sentencing Guidelines Range**

The defendant acknowledges and adopts the guideline range calculation presented by the United States Probation Office in the Pre-Sentence Investigation Report submitted to this Court.

A.  **Acceptance of Responsibility**

By pleading guilty, the defendant accepted full responsibility for his conduct.

IV. **Other 3553(a) Factors**

The guideline range in this case calls for a term of incarceration of 228-270 months. A sentence of 228 months serves the ends of justice; it promotes respect for the law, punishes the defendant for his conduct and takes into consideration the defendant's criminal history. In addition, the defendant's acceptance of responsibility in this case spared the government the added expense of prosecuting this matter at trial.

The defendant recognizes that his conduct must be punished. He acknowledges his troubled past and accepts full responsibility for his conduct. The defendant's age provides him with ample opportunity to become a more productive citizen. Since his arrest in this matter, the defendant has expressed great remorse and a willingness to do whatever is necessary to learn from this matter. In addition to punishing the defendant for his conduct, a term of incarceration of 228 months allows him to demonstrate his commitment to improving his life while incarcerated. It gives him the opportunity to pursue his G.E.D., as well as take part in other vocational programs.

## CONCLUSION

A sentence of 228 months serves the ends of justice. It sufficiently punishes the defendant for his role in this case as well as promotes respect for the law and deters future criminal conduct.

Respectfully submitted

WILLIAM HUNTER

/s/

_____
Dwight E. Crawley
DC Bar# 472672
Counsel for the defendant

Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(202) 722-0246 Fax
vadclawyer@gmail.com

## CERTIFICATE

I hereby certify that on the 4th day of December 2024, I electronically filed this document through the court's ECF system.

/s/
_____
Dwight E. Crawley